UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE DUCKETT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2117** |
| **TIM HOOPER, WARDEN** | **SECTION: "H"(5)** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.   Accordingly,

**IT IS ORDERED** that the petition of Tyrone Duckett for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 26th day of August, 2025.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**